# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE JEAN HAYMON,<br><br>         Plaintiff,<br><br>   v.<br><br>SBC, et. al.,<br><br>         Defendant. | 1:07cv0639 AWI DLB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Document 5) |

Plaintiff, appearing pro se, filed the instant complaint on April 27, 2007. On May 10, 2007, the Court dismissed the complaint for failure to state a claim upon which relief can be granted. The Court granted plaintiff 30 days in which to file an amended complaint. On June 11, 2007, plaintiff filed a request for an extension of time to file an amended complaint.

Good cause appearing, plaintiff's request is HEREBY GRANTED. Plaintiff is granted up to and including July 12, 2007 in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **June 13, 2007**          /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

1